# In the
# Indiana Supreme Court

In the Matter of: Samuel G. Vazanellis, Respondent   10/18/04

Supreme Court Case No. 45S00-1606-DI-330

1:16-mc-56-RLY-MJD

FILED Aug 25 2016, 6:21 pm
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

FILED AUG 30 2016 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

## Published Order Suspending Respondent from the Practice of Law in Indiana for Noncooperation

On June 17, 2016, this Court ordered Respondent to show cause why Respondent should not be immediately suspended from the practice of law in this state for failure to cooperate with the Commission's investigation of a grievance, **No. 16-0474**, filed against Respondent. The order required that Respondent show cause in writing within ten days of service of the order. Respondent has not submitted a response to the Court's order to show cause. On July 6, 2016, the Commission filed a "Request for Ruling and to Tax Costs" asserting that Respondent still has not cooperated, to which Respondent has not responded.

Being duly advised, the Court ORDERS that **Respondent be suspended from the practice of law for noncooperation with the Commission, effective immediately.** Pursuant to Admission and Discipline Rule 23(10)(f)(3), this suspension shall continue until: (1) the Executive Secretary of the Disciplinary Commission certifies to the Court that Respondent has cooperated fully with the investigation; (2) the investigation or any disciplinary proceedings arising from the investigation are disposed of; or (3) until further order of this Court, provided there are no other suspensions then in effect. Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26).

IT IS FURTHER ORDERED, pursuant to Admission and Discipline Rule 23(10)(f)(5), that Respondent reimburse the Disciplinary Commission **$526.84** for the costs of prosecuting this proceeding.

Done at Indianapolis, Indiana, on 8/25/2016.

Samuel Vazanellis
2546 45th Street
Highland, IN 46322

Loretta H. Rush
Chief Justice of Indiana

All Justices concur.

The Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, does hereby certify that the foregoing is a full, true, complete and correct copy of the Order, from cause number 45S00-1606-DI-330 as the same appears upon the official records of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this 25 day of August 2016. Clerk of the Courts by: [signature] Title: Orders/Opinions

CLERK OF THE INDIANA SUPREME COURT
216 STATE HOUSE
INDIANAPOLIS, INDIANA 46204



PRESORTED FIRST CLASS

02 1M
0008005235
$ 00.39⁹
AUG 26 2016
MAILED FROM ZIP CODE 46241

Clerk, U.S. District Courts
Southern District of Indiana
105 U.S. Courthouse
46 E. Ohio Street
Indianapolis, IN 46204



RECEIVED

AUG 29 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA